# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 4, 2024

**VIA CM/ECF**
Honorable Judge Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square - Courtroom 905
New York, NY 10007

      Re: Bortz v. AMT Theater, Inc., et al.
        Case 1:23-cv-09303-DEH

Dear Judge Ho:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for January 16, 2024, at 11:00 a.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 and D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference date is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this first adjournment request.

Application GRANTED.

The initial pretrial conference scheduled for January 16, 2024 is ADJOURNED to **March 19, 2024 at 11:30 a.m. EST.** The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 668 519 593, followed by the pound (#) sign. The initial pretrial materials as described at ECF No. 7 are due **March 12, 2024**.

The Clerk of Court is respectfully requested to close ECF No. 10.

SO ORDERED.

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: January 5, 2024
New York, New York

Sincerely,

By: /S/   B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile:  (305) 704-3877
  Email: bbw@weitzfirm.com

**MEMO ENDORSED**