UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERAD BORTZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>AMT THEATER, INC., et al.<br><br>　　　　　　　　　Defendants. | 23-CV-9303 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

　　An order issued on February 5, 2024, scheduled an initial pretrial conference in this matter for **March 19, 2024**, and required the parties to file a joint status letter and proposed case management plan by **March 12, 2024**.  *See* ECF No. 11.  No such materials were filed.  It is hereby **ORDERED** that the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **March 14, 2024**.  The parties are advised that failure to comply with the Court's orders may result in sanctions.

　　SO ORDERED.

Dated: March 13, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge