UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERAD BORTZ,<br><br>                              Plaintiff,<br><br>             v.<br><br>AMT THEATER, INC.,<br><br>                              Defendant. | 23 Civ. 9303 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The operative case management plan and scheduling order, issued on March 15, 2024, requires the parties to file a joint post-discovery letter by September 10, 2024.  *See* ECF No. 20. No such letter was filed.  It is hereby **ORDERED** that the parties shall file the required letter as soon as possible and no later than **September 13, 2024.**

SO ORDERED.

Dated: September 11, 2024
           New York, New York

DALE E. HO
United States District Judge