UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERAD BORTZ,<br><br>                    Plaintiff,<br><br>           v.<br><br>AMT THEATER, INC.,<br><br>                    Defendant. | 23 Civ. 9303 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

The operative case management plan and scheduling order, issued on March 15, 2024, set a case management conference for September 17, 2024, at 10:30 a.m. ET.  *See* ECF No. 20.  Defendant failed to appear for the scheduled conference.

The Court will hold another case management conference on **October 1, 2024, at 10:30 a.m. ET**.  The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 311 989 94, followed by the pound sign (#).

The parties are apprised that failure to comply with Court orders may result in sanctions.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
DALE E. HO
United States District Judge